**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-7064**

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

  v.

KAMAL QAZAH, a/k/a Kamal Zaki Qazah,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of Virginia, at Big Stone Gap.  James P. Jones, Senior District Judge.  (2:17-cr-00014-JPJ-2)

_____

Submitted:  February 21, 2023                  Decided:  February 24, 2023

_____

Before NIEMEYER and DIAZ, Circuit Judges, and MOTZ, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Kamal Qazah, Appellant Pro Se.  Whitney Demain Pierce, OFFICE OF THE UNITED STATES ATTORNEY, Abingdon, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kamal Qazah appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release.  We review a district court's denial of a compassionate release motion for abuse of discretion.  *United States v. Kibble*, 992 F.3d 326, 329 (4th Cir.), *cert. denied*, 142 S. Ct. 383 (2021).  We have reviewed the record and conclude that the district court did not abuse its discretion and sufficiently explained the reasons for the denial.  Accordingly, we affirm the district court's order.  *United States v. Qazah*, No. 2:17-cr-00014-JPJ-2 (W.D. Va. Aug. 25, 2022).  We also deny Qazah's motion to appoint counsel.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*